IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA


DELBERT GEORGE GRANT,            )
                                 )
              Plaintiff,         )
vs.                              )        NO. CIV-07-965-D
                                 )
DENNIS CALLAHAN, *et al.,*       )
                                 )
              Defendants.        )


O R D E R

Before the Court is the Report and Recommendation [Doc. No. 75] of United States

Magistrate Judge Robert E. Bacharach, to whom this matter was referred for initial proceedings

pursuant to 28 U.S.C. § 636(b)(1)(B).  Plaintiff, an inmate appearing *pro se*, brought this action as

a civil rights claim pursuant to 42 U. S. C. § 1983, asserting claims against numerous defendants[1].

All claims except those directed at Defendant Daniels were dismissed in this Court's November 24,

2008 Order [Doc. No. 74].  The current Report and Recommendation addresses Plaintiff's only

remaining claims, and recommends the dismissal of those claims  because the statute of limitations

expired prior to the filing of this action.

In the Report and Recommendation,  the Magistrate Judge advised Plaintiff of his right to

object to the same and scheduled a December 17,  2008 deadline for filing objections.  The

Magistrate Judge also advised Plaintiff that a failure to timely object would constitute a waiver of

his right to appellate review of the factual and legal issues contained in the Report and

---

[1]*As Judge Bacharach correctly notes, Plaintiff's claims are not properly characterized as §1983 claims because, at the relevant time, all named defendants were not state actors, but were federal officers.  Because §1983 applies only to state actors, it is inapplicable here.  Instead, the asserted claims are  properly considered as based on Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).  The Magistrate Judge correctly recharacterized the claims as arising solely under Bivens.  See Kinnell v. Graves, 265 F. 3d 1125, 1127 n. 1 (10th Cir. 2001) (recharacterizing a pro se litigant's §1983 claim against federal officers as a Bivens claim).*

Recommendation.

Although Plaintiff's deadline for objecting to the Report and Recommendation has expired, he has not filed an objection, nor has he sought an extension of time in which to do so. Accordingly, the Report and Recommendation [Doc. No. 75] is adopted as though fully set forth herein. Plaintiff's claims against Defendant Daniels are DISMISSED. Inasmuch as all claims against the other named defendants were previously dismissed[2], this case is closed.

IT IS SO ORDERED this 16th day of January, 2009.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

---

[2]All claims were dismissed with prejudice except Plaintiff's claim against Dr. McNerny. In the November 14, 2008 Order [Doc. No. 74], those claims were dismissed without prejudice because Plaintiff failed to timely perfect service on Dr. McNerny, despite repeated extensions of the deadline for perfecting service. All other claims are dismissed with prejudice because the statute of limitations has expired on those claims.